STRAUSS v. SCOTT.

(Supreme Court, Trial Term, New York County. March 19, 1899.)

DAMAGES—BREACH OF CONTRACT.
    In an action for breach of contract to deliver a quantity of wall paper, where it appears that plaintiff had agreed to pay more than the present value of the paper, a verdict for substantial damages will be set aside.

Action by one Strauss against one Scott for failure to deliver a quantity of wall paper on which plaintiff had made a certain payment, and had agreed to pay the balance on delivery. The evidence showed that the value of the paper to be delivered was less in amount than the price plaintiff had contracted to pay therefor. Verdict for plaintiff, and defendant moved to set aside the verdict, and to dismiss the complaint. Motion to dismiss granted.

Myers, Goldsmith & Brunner, for plaintiff.
A. G. N. Vermilya, for defendant.

MacLEAN, J. Motion to set aside the verdict herein upon ex ceptions taken and because the verdict was contrary to the law plaintiff failing to prove any damage (Greene v. White, 37 N. Y. 405), granted, and the complaint dismissed (Mixsell v. Railroad Co., 22 Misc. Rep. 73, 49 N. Y. Supp. 413).